UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Charles Shulruff, D.D.S.
                                                Plaintiff,

v.                                                                 Case No.: 1:16–cv–02573
                                                                            Honorable Jorge L. Alonso

Kavo Kerr Group, LLC, et al.
                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 15, 2016:

       MINUTE entry before the Honorable Jorge L. Alonso: A stipulation to dismiss has been filed. Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice, and with each party bearing its own costs and attorneys' fees. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.